**Opinion issued December 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-10-00434-CR

_____

**BRANDON MARQUICE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1190812**

---

## MEMORANDUM OPINION

Appellant, Brandon Marquice Wilson, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). We have not issued a decision in the appeal.

Accordingly, we lift the abatement ordered by this Court on May 31, 2012 and continued on November 7, 2012, reinstate the appeal, and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.   TEX. R. APP. P. 47.2(b).